# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Ohana Industries, Ltd. ) ASBCA No. 59124
)
Under Contract No. W912NW-13-P-0066 )

APPEARANCE FOR THE APPELLANT: Mr. Neil Gardis
Vice President

APPEARANCES FOR THE GOVERNMENT: Raymond M. Saunders, Esq.
Army Chief Trial Attorney
CPT Tyler L. Davidson, JA
Trial Attorney

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 13 March 2014

REBA PAGE
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59124, Appeal of Ohana Industries, Ltd., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals